UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURGAPRASAD SHANMUGAM,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEIKHA HIND SUHAIL AL MUKHAINI BAHWAN, et al.,<br><br>    Defendants. | Case No.26-cv-02342-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: ECF 1 |

Defendants Sheikha Hind Suhail Al Mukhaini Bahwan, Bahwan Cybertek, Inc., dt360, Inc., and Bahwan Cybertek LLC, removed this case from Santa Clara County Superior Court to this Court on March 18, 2026.  ECF 1.  This Order requires Defendants to "show cause" by filing a written response by April 2, 2026, explaining why this case should not be remanded back to state court for lack of subject matter jurisdiction.

Federal courts are courts of limited jurisdiction.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  District courts have subject matter jurisdiction through federal question or diversity jurisdiction.  28 U.S.C. §§ 1331, 1332.  Diversity jurisdiction requires complete diversity of citizenship and an amount in controversy greater than $75,000.  28 U.S.C. § 1332(a).

Defendants claim that there is diversity of citizenship because Plaintiff is domiciled in California, Defendant Hind is domiciled in Oman, Defendants dt360 and Bahwan

Cybertek, Inc. are incorporated in Delaware and have their principal places of business in Massachusetts, and Bhawan Cybertek LLC's "ultimate majority owner" is a citizen of Oman.  ECF 1 ¶¶ 17–21.  But "for the purposes of diversity . . . an LLC is a citizen of every state of which its owners/members are citizens," not just a citizen of its "ultimate majority owner." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).   Without information on the citizenship of all of Bhawan Cybertek LLC's owners/members, this Court cannot assess whether complete diversity exists.

The Court finds that Defendants provided sufficient information to establish that the amount in controversy threshold is satisfied.  ECF 1 ¶¶ 28–29.

In conclusion, Defendants have not established that federal subject matter jurisdiction is satisfied because they do not provide sufficient facts to allege Bhawan Cybertek LLC's citizenship.  Accordingly, Defendants must show cause in writing by April 2, 2026.

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2