UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANMUGAM                    ,

      Plaintiff(s),

    v.

BAHWAN et al.                ,

      Defendant(s).

Case No. 5:26-cv-02342-NW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Jan-Philip (JP) Kernisan__, an active member in good standing of the bar of __New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Durgaprasad Shanmugam__ in the above-entitled action. My local co-counsel in this case is __Marie Hayrapetian__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __315797__.

| 295 5th Avenue, 9th Floor, New York, NY 10016 | 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 849-7000 | (213) 443-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jpkernisan@quinnemanuel.com | mariehayrapetian@quinnemanuel.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4817045 (NY)__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___4/1/2026___                                /s/ Jan-Philip (JP) Kernisan
                                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Jan-Philip (JP) Kernisan___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___April 2, 2026___

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2